No. 72–1693. BRIGHAM ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–1695. DAVIES *v.* JUDGES OF THE U. S. COURT OF MILITARY APPEALS ET AL. C. A. 1st Cir. Certiorari denied.

No. 72–1696. GREAT LAKES CAR DISTRIBUTORS, INC. *v.* KIBSGARD SPORTS CAR CENTER, INC. C. A. 6th Cir. Certiorari denied.

No. 72–1697. SHAFER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–1700. HARMASH ET AL. *v.* UNITED STATES; and
No. 72–1730. KIFFER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 477 F. 2d 349.

No. 72–1702. GUEST *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1705. CARINI *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WEST HARTFORD. Sup. Ct. Conn. Certiorari denied.

No. 72–1708. KELLEMS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 72–1710. WASHINGTON THEATER CLUB, INC. *v.* DISTRICT OF COLUMBIA DEPARTMENT OF FINANCE AND REVENUE, PROPERTY ASSESSMENT DIVISION. Ct. App. D. C. Certiorari denied.